# EXHIBIT G-2

(949) 476-3960

BY: *(signed)* Jessica Chapman

Jessica Chapman
(printed)

## ASSIGNMENT OF ASSIGNMENT OF RENTS

LOAN #: 800000756
**FOR VALUE RECEIVED:**
ASSIGNOR: NEW CENTURY MORTGAGE CORPORATION
ASSIGNOR ADDRESS: 18400 VON KARMEN, SUITE 1000, IRVINE, CA 92612

**DOES HEREBY GRANT, BARGAIN, SELL, ASSIGN, TRANSFER AND SET OVER TO:**
ASSIGNEE: WELLS FARGO BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CBA COMMERCIAL ASSETS, SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-1
ASSIGNEE'S ADDRESS: 751 KASOTA AVENUE, SUITE MDC
MINNEAPOLIS, MN 55414
ATTN: CBA 2004-1

**ALL OF ITS RIGHT, TITLE AND INTEREST IN AND TO THE PROPERTY COVERED BY THAT CERTAIN ASSIGNMENT OF RENTS:**
DATED: 01/15/2004
ORIGINAL LOAN AMOUNT: $356,250.00
MORTGAGOR/BORROWER: ALLEN ROSTAM AND ZAHRA ROSTAM
ORIGINAL MORTGAGEE/BENEFICIARY: NEW CENTURY MORTGAGE CORPORATION

**RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF WAYNE COUNTY, MICHIGAN**
RECORDED: 02/26/2004 IN BOOK/VOLUME/LIBER: 40169 PAGE: 1257 DOCUMENT: 204143913

*See Attached Exhibit A for Legal Description*
PROPERTY SUBJECT TO LIEN: 8868 WYOMING STREET
DETROIT, MI 48204

TAX ID: 015941-6
**TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID ASSIGNMENT OF RENTS:**

DATED: 3/25/08            NEW CENTURY MORTGAGE CORPORATION

*[Seal: NEW CENTURY MORTGAGE CORPORATION INCORPORATED AUG 3 1995 CALIFORNIA]*

BY: *(signed)*
NAME: MAGDA VILLANUEVA
TITLE: ASSISTANT VICE PRESIDENT / SHIPPING MANAGER

STATE OF _____ ) SS:
COUNTY OF _____

ON _____, 2005, BEFORE ME THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED MAGDA VILLANUEVA, ASSISTANT VICE PRESIDENT / SHIPPING MANAGER, PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE) TO BE THE DULY AUTHORIZED PERSON WHO EXECUTED THE WITHIN INSTRUMENT ON BEHALF OF THE _____, AND ACKNOWLEDGED TO ME THAT SUCH ASSISTANT VICE PRESIDENT / SHIPPING MANAGER EXECUTED THE WITHIN INSTRUMENT PURSUANT TO ITS BY-LAWS OR A RESOLUTION OF ITS BOARD OF DIRECTORS.
WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE
MY COMMISSION EXPIRES:

Li-42563    Pa-97

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On **March 25, 2005** before me the undersigned **Michelle Flores**, A Notary Public in and for Orange County and the State of California, personally appeared **Magda Villanueva, A.V.P./ Shipping Manager of New Century Mortgage Corporation,** who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

Witness my hand and official seal

Signature of Notary Public

**Michelle Flores**
**COMMISSION # 1464534**
**COMMISSION EXPIRES:**
**January 20, 2008**

MICHELLE FLORES
Comm. # 1464534
NOTARY PUBLIC - CALIFORNIA
Orange County
My Comm. Expires JAN 20, 2008

W NO. 53D456
January 15 2004

Li-42563   Pg-98

"EXHIBIT A"
LEGAL DESCRIPTION

Lots 97 through 102, inclusive, except part taken for Wyoming Ave. as widened, Ellis Subdivision, as recorded in Liber 52, Page 87, of Plats, Wayne County Records.

Item No. 015941-6 Ward 18

